**STATE v. DENNING**

[367 N.C. 491 (2014)]

STATE OF NORTH CAROLINA          )
                                 )
               v.                )          WAKE COUNTY
                                 )
EUGENE OLIVER DENNING            )
                                 )
                                 )

No. 135P14

ORDER

The Petition for Discretionary Review filed by defendant is treated as a Petition for Writ of Certiorari and is DENIED. Defendant's motion to deem his Petition for Discretionary Review timely is DENIED. In addition, defendant's motion in the alternative for this Court to issue its Writ of Certiorari to review his Petition for Discretionary Review in spite of it not being timely filed is DENIED.

By order of the Court in Conference, this the 19th day of August 2014.

Jackson, J., recused.

s/Beasley, J.
For the Court